IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| TERRY G. LLOYD | § | |
| VS. | § | CIVIL ACTION NO. 5:09-CV-162 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Terry G. Lloyd, an inmate confined at the Hightower Unit of the Texas
Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this
petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Court referred this matter to the Honorable Caroline M. Craven, United States
Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders
of this Court.  The Magistrate Judge recommends this petition for writ of habeas corpus be
denied.

The Court has received and considered the Report and Recommendation of United States
Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No
objections to the Report and Recommendation of United States Magistrate Judge were filed by
the parties.  Accordingly, the Report and Recommendation of United States Magistrate Judge
will be adopted and a final judgment will be entered in this case according to the Magistrate
Judge's recommendations.

Furthermore, the Court is of the opinion petitioner is not entitled to a certificate of
appealability.  An appeal from a judgment denying post-conviction collateral relief may not
proceed unless a judge issues a certificate of appealability.  *See* 28 U.S.C. § 2254.  The standard
for a certificate of appealability requires the petitioner to make a substantial showing of the
denial of a federal constitutional right.  *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000);
*Elizalde v. Dretke*, 362 F.3d 323, 328 (5th Cir. 2004).  To make a substantial showing, the

petitioner need not establish that he would prevail on the merits.  Rather, he must demonstrate that the issues are subject to debate among jurists of reason, that a court could not resolve the issues in a different manner, or that the questions presented are worthy of encouragement to proceed further.  *See Slack*, 529 U.S. at 483-84.  Any doubt regarding whether to grant a certificate of appealability should be resolved in favor of the petitioner, and the severity of the penalty may be considered in making this determination.  *See Miller v. Johnson*, 200 F.3d 274, 280-81 (5th Cir.), *cert. denied*, 531 U.S. 849 (2000).

In this case, petitioner has not shown that any of the issues would be subject to debate among jurists of reason.  The questions presented are not worthy of encouragement to proceed further.  Therefore, the petitioner has failed to make a sufficient showing to merit the issuance of certificate of appealability.

ORDER

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.  A certificate of appealability will not be issued.

**It is SO ORDERED.**

**SIGNED this 16th day of November, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

2